# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

**GAIL HARTER**

               V.               CASE NUMBER: 1:05-CV-805(FJS/RFT)

**COMMISSIONER OF SOCIAL SECURITY**

**[ ]**     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of plaintiff against defendant, for an attorney fee of $1,262.50 payable to Brian R. LeCours, Esq., according to the Stipulation and Order of the Hon. Frederick J. Scullin, Jr., filed on December 1, 2005.

DATED:     December 1, 2005

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp